■ LYNETTE SAXON, Respondent, v LEONILA RAMIREZ et al., Defendants, and CARINE DARNELL et al., Appellants. [62 NYS3d 805]—

Order, Supreme Court, Bronx County (Fernando Tapia, J.), entered January 11, 2017, which denied the motion of defendants Carine Darnell and Kevin T. Darnell for summary judgment dismissing the complaint and all cross claims as against them, unanimously affirmed, without costs.

In this action involving a four-car motor vehicle accident, the Darnell defendants failed to demonstrate their entitlement to judgment as a matter of law. The inconsistencies between the statements made to the police after the accident and the affidavit submitted by Kevin Darnell in support of the motion show that there are issues of fact as to the sequence of the collisions (*see Passos v MTA Bus Co.*, 129 AD3d 481, 482-483 [1st Dept 2015]; *Espinal v Volunteers of Am.-Greater N.Y., Inc.*, 121 AD3d 558, 559 [1st Dept 2014]). Concur—Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.